# AFFIDAVIT OF SERVICE

| Case:<br>22-CV-5175 | Court:<br>UNITED STATES DISTRICT COURT | County:<br>SOUTHERN DISTRICT OF NEW YORK | Job:<br>7427211 (155202) |
|---|---|---|---|
| **Plaintiff / Petitioner:**<br>FRANKLYN GONZALEZ, ON BEHALF OF HIMSELF AND ALL OTHER PERSONS SIMILARLY SITUATED. | | **Defendant / Respondent:**<br>517 WEST 184TH STREET H.D.F.C, IMANI MANAGMENT, INC and ANGEL LAVERGNE, | |
| **Received by:**<br>Guardian Process Serving | | **For:**<br>PROOF | |
| **To be served upon:**<br>517 WEST 184TH STREET H.D.F.C, CO/ NEW YORK SECTETARY OF STATE | | | |

I, David Jacques, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Nancy Dougherty , ONE COMMERCE PLAZA: 99 WASHINGTON AVE, ALBANY, NY 12231
**Manner of Service:** Secretary of State, Jul 29, 2022, 3:10 pm EDT
**Documents:** Summons and Complaint (Received Jul 27, 2022 at 5:30pm EDT)

**Additional Comments:**
1) Successful Attempt: Jul 29, 2022, 3:10 pm EDT at ONE COMMERCE PLAZA: 99 WASHINGTON AVE, ALBANY, NY 12231 received by Nancy Dougherty . Age: 45-55; Ethnicity: Caucasian; Gender: Female; Weight: 120-140; Height: 5'4"; Hair: Brown; Relationship: Business document specialist 2;

_____  8/01/2022
David Jacques                  Date

Guardian Process Serving
137 EXCHANGE ST
ALBANY, NY 12205
518.212.7355

Subscribed and sworn to before me by the affiant who is personally known to me.

_____
Notary Public

08/01/22                   04/15/23
Date                       Commission Expires

P. SUNIL DENNIS
Notary Public, State of New York
No. 01DE6390538
Qualified in Greene County
Commission Expires April 15, 2023