UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

FRANKLYN GONZALEZ, on behalf of himself
and all other persons similarly situated,

                Plaintiff,

                - against -

517 West 184th Street, H.D.F.C., Imani
Management, Inc., and Angel Lavergne,

                Defendants,
_____

Case No. 22-cv-5175-LJL

**CLERK'S CERTIFICATE OF DEFAULT**

    I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on June 21, 2022, with the filing of a summons and complaint, the filing of an amended complaint on July 26, 2022, a copy of the summons and amended complaint was served on defendant 517 West 184 Street, H.D.F.C. on July 29, 2022 by personally serving Nancy Dougherty *and proof of service was therefore filed* on August 4, 2022 (ECF #10).  I further certify that the docket entries indicate that defendant 517 West 184th Street, H.D.F.C. has not filed an answer or otherwise moved with respect to the amended complaint herein.  The default of defendant 517 West 184th Street, H.D.F.C. is hereby noted.

Dated:  New York, New York

        _____, 2022                          RUBY J. KRAJICK
                                                                           Clerk of Court

                                                            By:  _____
                                                                          Deputy Clerk