```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
FRANKLYN GONZALEZ,                                               :
                                                                 :
                        Plaintiff,                               :
                                                                 :          22-cv-05175 (LJL)
        -v-                                                      :
                                                                 :              ORDER
IMANI MANAGEMENT, INC.,                                          :
                                                                 :
                        Defendant.                               :
                                                                 :
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/31/2023

LEWIS J. LIMAN, United States District Judge:

The Court has been informed that Plaintiff has decided to dismiss this action. Accordingly, it is hereby ORDERED that this action is DISMISSED without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty (30) days of this Order.  Any application to reopen filed after thirty (30) days from the date of this Order may be denied solely on that basis.  Any pending motions are DISMISSED as moot, and all conferences and deadlines are CANCELLED.

SO ORDERED.

Dated: March 31, 2023
       New York, New York

                                                    _____
                                                            LEWIS J. LIMAN
                                                         United States District Judge